**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **WILLIAM J. PASSARELLA,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 24-CV-3256** |
| | : | |
| ***WARDEN LAURA WILLIAMS,*** *et al.*, | : | |
| **Defendants.** | : | |

<u>**ORDER**</u>

AND NOW, this 27th day of August, 2024, upon consideration of Plaintiff William J. Passarella's Motion to Proceed *In Forma Pauperis* (ECF No. 9), it is **ORDERED** that:

1.      Mr. Passarella's Motion to Proceed *In Forma Pauperis* is **DENIED** pursuant to 28 U.S.C. § 1915(g).

2.      If Mr. Passarella seeks to proceed with this case, he shall remit $405 (comprising the $350 filing fee and $55 administrative fee) to the Clerk of Court within thirty (30) days of the date of this Order.  Any money that Passarella pays toward the fees is not refundable, even if this case is dismissed.

3.      In the event Mr. Passarella pays the fees, the Clerk shall not issue summonses until so **ORDERED**, so that the Court may screen the Complaint pursuant to 28 U.S.C. § 1915A.

4.      If Mr. Passarella fails to comply with this Order, his case may be dismissed without further notice for failure to prosecute.

5.      The Motion for an Extension of Time (ECF No. 8) is **DENIED as unnecessary**.

**BY THE COURT:**

**/s/ Gerald Austin McHugh**
_____

**GERALD A. MCHUGH, J.**